**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22-mj-257 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| QUINTON J. JOHNSON, SR., | : | |
| Defendant. | : | |

**ORDER**

Upon request of the United States of America, it is ordered that a detention hearing is set for August 19, 2022 at 9:00 a.m. before United States Magistrate Judge Peter B. Silvain, Jr., via GoToMeeting.

Pending this hearing, Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

August 16, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge